UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHRISTOPHER JEFFERSON,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 2:14-cv-01028-SGC |
| **BAPTIST HEALTH SYSTEM, INC.,** | ) |
| **Defendant.** | ) |

## ORDER

The Magistrate Judge filed a Report and Recommendation on October 23, 2014, recommending Defendant's motion to compel arbitration be granted, this action be referred to arbitration and stayed pending such arbitration, and the parties be required to report the status of the arbitration within a specified period of time. (Doc. 12). The parties had the opportunity to file objections. No objections have been received from either party.

Having carefully reviewed and considered *de novo* all the materials in the court file, the court is of the opinion that the Magistrate Judge's findings are due to be and are hereby **ADOPTED** and her recommendation is **ACCEPTED**. Accordingly, it is **ORDERED** as follows:

1. Defendant's motion to compel (Doc. 8) is **GRANTED**, and this action is referred to arbitration;

2. Pending arbitration of Plaintiff's claim, this action is **STAYED**; and

3. The parties **SHALL** report the status of the arbitration **within six (6) months** of the entry date of this order or on the setting of a date for the arbitration hearing, whichever is earlier.

**DONE** and **ORDERED** this November 13, 2014.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE